Case 1:21-mj-00150-MU *SEALED* Document 1-1 Filed 09/17/21 *SEALED* Page 1 of 1 PageID #: 1
Case 1:22-mj-00150-MU *SEALED* Document 1 Filed 09/17/21 Page 1 of 10 PageID #:
PageID #: 1
AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Mobile County, Alabama
▓▓▓ more particularly described in Attachment A

Case No.   21-mj-150

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See "Attachment A" of the Search Warrant Affidavit

located in the ____Southern____ District of ____Alabama____ , there is now concealed *(identify the person or describe the property to be seized)*:

See "Attachment B" of the Search Warrant Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Benjamin E. Finney, S/A ATF
*Printed name and title*

Sworn to before me and signed in my presence.
pursuant to 4.1(a)

Date: 09/17/2021

P. Bradley Murray

Digitally signed by P. Bradley Murray
Date: 2021.09.17 11:43:31 -05'00'

*Judge's signature*

City and state: Mobile, AL

Hon. P. Bradley Murray, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, **Benjamin E. Finney**, having been duly sworn, depose and state:

1. Affiant, Special Agent Benjamin Finney, is a certified Federal Agent currently employed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives of the United States Department of Justice (hereinafter "ATF"), having been so employed since October 2019. I am a graduate of the Federal Law Enforcement Training Center and the ATF Special Agent Basic Training Academy in Glynco, GA. As such, my primary duties are to investigate violations of Title 18 and 21 of the United States Code. In this capacity, I received specialized training regarding the investigation and enforcement of Federal criminal violations. I received specialized training in the investigation of violations of federal firearms laws. During my career as a Special Agent, I have testified in grand jury proceedings, where my testimony has contributed to the indictment of several individuals.

2. Prior to my employment with the ATF, I was a full-time, certified Peace Officer with the Gwinnett County Police Department in Lawrenceville, GA, having been employed with that agency for approximately 13 years. During my employment there, I received various levels of training regarding the investigation, enforcement, and prosecution of criminal violations of Georgia law. I testified on numerous occasions in state and superior courts in a variety of proceedings. My testimony in those proceedings contributed to the indictment and successful prosecution of numerous individuals for various state criminal violations, including, but not limited to armed robbery, hijacking a motor vehicle, and aggravated assault. In addition, I applied for and obtained state search and seizure warrants;

obtained arrest warrants; and have participated in numerous arrests of individuals charged with state criminal violations.

3. Affiant has conducted and participated in investigations into the unlawful possession of firearms by convicted felons as it pertains to Title 18, United States Code, Section 922(g), as well as individuals trafficking narcotics as it pertains to Title 21, United States Code, Section 841(a).



## BASIS OF INVESTIGATION



Case 1:21-mj-00150-MW *SEALED* Document 1 Filed 09/17/21 Page 4 of 10 PageID #: 4
BASIS OF INVESTIGATION

## PROBABLE CAUSE



Case 1:21-mj-00150-MJW *SEALED* Doc #: 1 Filed: 09/17/21 Page: 5 of 10 PageID #: 5





20. I know from conducting and participating in controlled substance investigations that people who distribute controlled substances commonly keep items used during the distribution process in their residences, to include packaging materials as well as records of drug transactions reflecting amounts of money owed or drugs distributed. Because drug distribution generates proceeds, financial documents located within the premises to be searched are also relevant evidence in the investigation. Individuals that distribute controlled substances are commonly armed with firearms to protect money derived from the sale of controlled substances and to protect themselves and narcotics that are in their possession. I also know from my experience and training that digital devices, such as cell phones, are used in furtherance of drug distribution activity, as in this case, where arrangements for the controlled buys were made using ▮▮▮▮▮ cell phone.

21. Based on the facts set forth above, there is probable cause to believe that on the premises known as the ▮▮▮▮ residence, which is located at ▮▮▮▮ Mobile County, Alabama, the aforementioned controlled substances; equipment, materials and paraphernalia for the packaging and use of controlled substances; records and proceeds from the sale of controlled substances; and paperwork reflecting the ▮▮▮▮ habitation at this residence located in Mobile County, Alabama all in violation of Title 21, United States Code Section 841(a)(1).

## CONCLUSION

22. Based on the forgoing, Affiant believes there is probable cause to support the issuance of this warrant and requests that the Court issue the proposed search warrant for the premises more particularly described in Attachment A, authorizing the seizure of items described in Attachment B, which are possessed in violation of and are evidence of violations of Title 21, United States Code, Sections 841(a).

S/A Benjamin E. Finney, Affiant
ATF

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS 16th 17th
DAY OF SEPTEMBER, 2021.

P. Bradley Murray
Digitally signed by P. Bradley Murray
Date: 2021.09.17 11:50:11 -05'00'

**HONORABLE P. BRADLEY MURRAY**
**UNITED STATES MAGISTRATE JUDGE**

## ATTACHMENT A

**Premises to Be Searched:**



## ATTACHMENT B

### Particular Things to be Seized

The following items are to be seized:

1. Controlled substances, including but not limited to methamphetamine.

2. Books, records, and/or other documents reflecting identities, telephone numbers, and other identifying information concerning individuals with whom they both buy narcotics from and sell narcotics to.

3. Paraphernalia for packaging, cutting, weighing, cultivating, and distribution of the drugs, and this paraphernalia, scales, plastic bags, etc.

4. U.S. Currency and other proceeds from the distribution of narcotics.

5. Records to include bank statements, deposit slips, wire transfers, and evidence of safe deposit boxes.

6. Firearms and ammunition, including but not limited to handguns, pistols, revolvers, rifles, shotguns, machine-guns, silencers and other weapons, ammunition, and ammunition components. Any and all firearm components.

7. Packaging material and other paraphernalia related to the shipping and receiving of narcotics.

8. Digital devices used to facilitate narcotics and/or firearms transactions.